IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No. 05-cv-0902-PSF-CBS

ADAM KRALICEK,

    Plaintiff,

vs.

CITY OF COLORADO SPRINGS;
CHIEF OF POLICE LUIS VELEZ;
CHARLES BROSHOUS, an individual; and
JOHN AND JANE DOES, 1 through 10,

    Defendants.

---

### AMENDED STIPULATION FOR PROTECTIVE ORDER

---

THE PARTIES, by and through their undersigned attorneys, hereby stipulate to a protective order as follows:

Defendant Broshous' Fed.R.Civ.P. 26(a)(1) disclosures provide for disclosure of a copy of the subject criminal investigation file, Colorado Springs Police Department Internal Affairs Investigation File No. 2004-041, and the City of Colorado Springs personnel file related to Defendant Broshous.

2.    These files contain certain confidential information. Any documents with regard to these files are to be shared only as needed by Plaintiff's counsel with Plaintiff himself and Plaintiff's expert witness(es), and by Defendant Broshous' counsel with Defendant Broshous himself and Defendant Broshous' expert witness(es).

3.  Plaintiff and his attorney stipulate that this information will not be revealed except as necessary to persons or experts associated with this case.

4.  Further, Plaintiff and his attorney stipulate that, upon the conclusion of this case, this information will be destroyed or returned to the attorneys for Defendants City of Colorado Springs and Velez. Unless, at the direction of the Court, such documents are returned to the Court and sealed for the record.

5.  Defendant Broshous and his attorney stipulate that this information will not be revealed except as necessary to persons or experts associated with this case.

6.  Further, Defendant Broshous and his attorney stipulate that, upon the conclusion of this case, this information will be destroyed or returned to the attorneys for Defendants City of Colorado Springs and Velez. Unless, at the direction of the Court, such documents are returned to the Court and sealed for the record.

7.  The information contained in the materials produced shall be used solely for the purpose of this case and none other.

8.  The Court will retain jurisdiction for purposes of enforcing compliance of the protective order issued in this case. Any violation may subject the offending party to Court sanctions.

9.  It shall be the responsibility of counsel of record to ensure that their clients are apprised of the protective order in this case and that they understand the terms of said order.

10. Defendants retain the right to object to the admission into evidence at trial of any materials produced.

2

                                            Respectfully submitted,

Date:  09/21/05                                   s/ Charles William Rasure
                                                    Charles William Rasure
                                                          RASURE & ASSOCIATES
                                                          679 East 2nd Avenue, Ste. 4
                                                          Durango, CO 81301
                                                          (970) 259-9696 (phone)
                                                          (970) 259-4949 (fax)
                                                          cwrasure@rasurelaw.com
                                                        ATTORNEY FOR PLAINTIFF

Date: 09/23/05

s/ Gordon L. Vaughan
Gordon L. Vaughan, Esq.
VAUGHAN & DeMURO
111 South Tejon, Ste. 410
Colorado Springs, CO 80903
(719) 578-5500 (phone)
(719) 578-5504 (fax)
vnd@vaughandemuro.com (e-mail)
ATTORNEY FOR DEFENDANT BROSHOUS

Date: 09/20/05

s/ Shane Matthew White
Shane Matthew White, Esq.
Colorado Springs City Attorney's Office
P.O. Box 1575, Mail Code 510
Colorado Springs, CO 80901
(719) 385-5909 (phone)
(719) 385-5535 (fax)
swhite@springsgov.com (e-mail)
**ATTORNEY FOR DEFENDANTS CITY OF COLORADO SPRINGS AND VELEZ**

DATED at Denver, Colorado, this 7th day of October, 2005.

BY THE COURT:

*[signature]*

Craig B. Shaffer
United States Magistrate Judge