IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action No. 05-cv-00902-PSF-CBS

ADAM KRALICEK,

       Plaintiff,

v.

CITY OF COLORADO SPRINGS,
LUIS VELEZ, Chief of Police,
CHARLES BROSHOUS, an individual, and
JOHN AND JANE DOES, 1 through 10,

       Defendants.

---

### MINUTE ORDER

---

**ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER**

It is hereby **ORDERED** that Plaintiff's Motion for Leave to Amend Complaint (filed November 8, 2005; *doc. no. 27*) is **DENIED ,** without prejudice, for failure to provide a certificate showing compliance with **D.C.COLOL.CIVR. 7.1A**.

The Court is unable to determine to what extent the Plaintiff attempted to confer with opposing counsel and whether the motion is opposed or unopposed.

**DATED:**      November 14, 2005