IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Case No. 05-cv-00902-PSF-CBS

ADAM KRALICEK,

    Plaintiff,

vs.

CITY OF COLORADO SPRINGS;
CHIEF OF POLICE LUIS VELEZ;
CHARLES BROSHOUS, an individual; and
JOHN AND JANE DOES, 1 through 10,

    Defendants.

---

## ORDER OF DISMISSAL WITH PREJUDICE
---

This matter is before the Court on the parties' Notice of Dismissal With Prejudice of Individual Defendants (Dkt. # 34), filed November 22, 2005, and Amended Stipulation of Dismissal (Dkt. # 37), filed December 16, 2005.

The Court, having reviewed these documents and being fully advised, hereby

ORDERS that this case is DISMISSED with prejudice, each party to pay his, her or its own costs and attorney fees.

DATED: January 18, 2006

BY THE COURT:

s/ Phillip S. Figa

_____
Phillip S. Figa
United States District Judge