IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No. 05-cv-00902-PSF-CBS

ADAM KRALICEK,

    Plaintiff,

v.

CITY OF COLORADO SPRINGS,

    Defendant.

---

## ORDER TO SET HEARING ON MOTION TO COMPEL

---

    This matter is before the Court on defendant's Motion to Compel (Dkt. # 39). Upon review of the motion and the file, it is hereby

    ORDERED that a hearing on the Motion to Compel is set for **May 1, 2006 at 1:30 p.m.** Counsel shall attend <u>in person</u>. If the Court receives notice that this matter has been resolved more than 48 hours before the hearing, said hearing will be vacated.

    DATED: April 14, 2006

                                              BY THE COURT:

                                              *s/ Phillip S. Figa*

                                              _____

                                              Phillip S. Figa
                                              United States District Judge